**Order entered September 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00330-CV

**BAXTER & ASSOCIATES, L.L.C. D/B/A BAXTER ELEVATORS, Appellant**

**V.**

**D & D ELEVATORS, INC., ET AL., Appellees**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-00670-2016**

## ORDER

We **GRANT** appellees' September 8, 2016 unopposed motion for an extension of time to file a brief and extend the time to **OCTOBER 13, 2016**. No further extension will be granted in this accelerated appeal absent extenuating circumstances.

/s/      ELIZABETH LANG-MIERS
             JUSTICE